IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY DONNELL MILNER                                                     PLAINTIFF

V.                                          NO.  16-4099

PRESTON GLENN, Jail Administrator,
Nevada County Jail, et al                                               DEFENDANT

O R D E R

On March 8, 2017 the Plaintiff filed a Motion to Compel (ECF No. 16)

requesting copies of all e-mail grievances while he was housed at the Nevada County Jail.

He was informed that no copies of e-mail grievances are maintained and the jail

administrator has provided an Affidavit (ECF No. 17-1) stating that e-mail generated

grievances/request are not printed and that if an inmate wants the grievance to be saved

and placed in their jail file, they must submit a handwritten grievance form.

The Motion to Compel is DENIED.


IT IS SO ORDERED this August 30, 2017



*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE