IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY DONNELL MILNER                                                                  PLAINTIFF

v.                                            Civil No.  4:16-cv-4099

PRESTON GLENN and SHERIFF
DANNY MARTIN                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum Opinion of even date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ADJUDGED**, this 20th day of October, 2017.

                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        United States District Judge